(Reap. Dec. 10828)

ANDREW FISHER CYCLE CO., INC. *v.* UNITED STATES

Entry No. 2075.

(Decided September 23, 1964)

*Brooks & Brooks* for the plaintiff.

*John W. Douglas,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain tires and tubes and rimbands, exported from Holland and entered at the port of New Orleans, La.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the present merchandise is statutory export value and that such value therefor is the invoiced unit prices, as entered, and I so hold.

Judgment will be rendered accordingly.

SEPTEMBER 22, 1964

**Reap. Dec. 10829.**—Freedman & Slater, Inc. *v.* United States, reappraisement R62/7819, etc. Reappraisements dismissed September 2, 1964. Entered at Chicago, Ill. (Not published.) Motion by plaintiff.